**In the Matter of the REQUEST OF LA-FAYETTE DEVELOPMENT CORPO-RATION to Open 18th Avenue South.**

**No. C7–96–2567.**

Supreme Court of Minnesota.

April 14, 1998.

Pierre N. Regnier, James G. Golembeck, Cara J. Debes, Jardine, Logan & O'Brien, P.L.L.P., St. Paul, for appellant.

James G. Bullard, Joseph M. Finley, Bradley J. Gunn, Leonard, Street and Deinard, P.A., Minneapolis, for respondent.

Carla J. Heyl, League of Minnesota Cities, St.Paul, for amicus curiae, League of Minnesota Cities.

Jay T. Squires, Ratwick, Roszak & Maloney, P.A., Minneapolis, for amici curiae Thomas and Kathleen Albrecht, et al.

### ORDER

Based upon all the files, records, and proceedings and, upon an evenly divided court,

IT IS HEREBY ORDERED that the decision of the court of appeals dated August 19, 1997, be, and the same is, affirmed.

BY THE COURT:

/s/ <u>Kathleen A. Blatz</u>
Kathleen A. Blatz
Chief Justice

ANDERSON, J., took no part in the consideration or decision of this case.